UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-08-455 |
| | § | |
| JORGE RODRIGUEZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff, Harris County Jail
      1200 Baker Street
      Houston, Texas 77002
      (713) 755-7484

TO:   United States Marshal, Southern District of Texas, or any authorized United States Marshal or federal law enforcement officer

GREETING:

We command that you have the body of **HERMAN BETANCOURT, SPIN #01372234,** who is now confined at the Harris County Jail, 1200 Baker Street, Houston, Texas, now duly committed to the custody of the **Sheriff, Harris County, Houston, Texas**, delivered under safe and secure conduct before the United States District Court for the Southern District of Texas, Corpus Christi Division at Corpus Christi, Texas, before the **United States District Judge Janis Graham Jack,** on the 3rd day of November, 2008 at 8:00 a.m. for **testimony in the above referenced case**, and immediately after his testimony has concluded, that you return him to the custody of the Sheriff, Harris County Jail, 1200 Baker Street, Houston, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS, United States District Judge, United States District Court for the Southern District of Texas, and the seal of said Court at the City of Corpus Christi, Texas, on this 27th day of October, 2008.

_____
Janis Graham Jack
United States District Judge