| U.S. Department of Justice | CRIMINAL Docket |
|---|---|
| Washington, D.C | Presented in Brownsville, Texas |

CORPUS CHRISTI   Division          CR. No.   C-08-455-SSSS

File:

FOURTH SUPERSEDING INDICTMENT          Judge:   JANIS GRAHAM JACK
Filed: October 28, 2008

County: Harris                                          Attorneys:
LIONS #: 2008R12844

United States of America

                                                        DONALD J. DeGABRIELLE, JR.,  U.S. ATTORNEY
                                                        PATTI HUBERT BOOTH, ASST. U.S. ATTORNEY

v.

                                                        GRAND JURY ACTION           APP'D  RET'D

JORGE RODRIGUEZ                                         PLEASE INITIAL
ADAN STALL
REGINO BENAVIDES
EZEQUIEL VILLARREAL

TRUE BILL: ____

NO BILL: ____

Charge(s):   Ct. 1: (All defendants) Did knowingly and intentionally conspire to knowingly and intentionally possess with intent to distribute more than five kilograms of cocaine:
21 USC 846, 841(a)(1), and 841(b)(1)(A).
Ct. 2: (All defendants) Did conspire to knowingly and intentionally transport and attempt to transport funds from a place in the United States to Mexico: 18 USC 1956(h).

Total
Counts
(2)

Penalty:   Ct. 1: Not less than 10 years or more than life imprisonment without probation, parole or a suspended sentence, or a fine not to exceed $4 million, or both; at least 5 years SRT; and, a $100 Special Assessment.
Ct. 2: Not more than 20 years imprisonment; a fine of not more than $500,000 or twice the value of the funds involved in the transportation (whichever is greater); not more than 3 years SRT, and a $100 Special Assessment.

In Jail:   All Defendants

On Bond:

No Arrest: